UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**NORRIS, McLAUGHLIN & MARCUS, PA**
721 Route 202-206, Suite 200
P.O. Box 5933
Bridgewater, New Jersey 08807-5933
(908) 722-0700 (Tel)
(908) 722-0755 (Fax)
Morris S. Bauer, Esq.
Larry K. Lesnik, Esq.
*Counsel for the Debtor/Debtor-In-Possession*

| In Re: | Case No.: 13-12466 |
|---|---|
| CARE ENVIRONMENTAL CORP., | Chapter 11 |
| Debtor. | Judge:    Hon. Rosemary Gambardella |
| | Hearing Date: May 27, 2014 (Oral Argument Waived Unless Timely Objection Filed) |

# NOTICE OF MOTION FOR ENTRY OF AN ORDER CLOSING CHAPTER 11 CASE AND REQUIRING ISSUANCE OF FINAL DECREE

PLEASE TAKE NOTICE that on May 27, 2014, at 11:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the within debtor (the "Debtor"), shall move before the Honorable Rosemary Gambardella, USBJ, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, for the entry of an Order Closing Chapter 11 Case and Requiring Issuance of Final Decree (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Debtor will rely upon the attached verified Motion submitted simultaneously herewith.

PLEASE TAKE FURTHER NOTICE that in accordance with D.N.J. LBR 9013(a) and (d), opposition to the relief requested, and, or cross-motions, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest at least seven (7) days before the hearing date of the Motion, or the Motion shall be deemed uncontested.

PLEASE TAKE FURTHER NOTICE that pursuant to D.N.J. LBR 9013-1(k), in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

PLEASE TAKE FURTHER NOTICE that in accordance with D.N.J. LBR 9013-1(i), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

PLEASE TAKE FURTHER NOTICE that in accordance with D.N.J. LBR 9013-2, no brief is being filed in support of this Motion inasmuch as the legal principles involved are not in dispute.

PLEASE TAKE FURTHER NOTICE that the Debtor waives oral argument on the return date of the Motion unless a timely objection thereto is filed.

                                                NORRIS McLAUGHLIN & MARCUS, PA
                                                Attorneys for the Debtor

                                                By:   /s/Larry K. Lesnik
Dated: May 5, 2014                                  LARRY K. LESNIK