Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  13−12466−RG
        Chapter:  11
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Care Environmental Corp.
   429A East Blackwell Street
   Dover, NJ 07801

Social Security No.:

Employer's Tax I.D. No.:
   22−3070727

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 14, 2014</u>        <u>Rosemary Gambardella</u>
                                          Judge, United States Bankruptcy Court